1  **LAW OFFICES OF ALEX R. KESSEL**
   **ALEX R. KESSEL (State Bar No. 110715)**
2  **R. DARREN CORNFORTH (State Bar No. 201919)**
   16000 Ventura Blvd.
3  Penthouse Suite 1208
   Encino, California 91436-2746
4  Telephone: (818) 995-1422
   Facsimile: (818) 788-9408
5
   Attorneys for Defendant,
6  **ALAIN DERGREGORIAN**

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          ) CASE NO.: CR-S-01-216-FCD
                                        )
12 |           Plaintiff,                ) COURT ORDER FOR
                                        ) EXONERATION OF BOND
13 |      v.                             )
                                        )
14 | ALAIN DERGREGORIAN,                 )
                                        )
15 |           Defendant.                )
                                        )
16 | _____      )

17     The defendant Alain Dergregorian appeared in court on January 30, 2006 for sentencing and
18 on February 7, 2006, the Court entered it's judgment sentencing defendant to probation and
19 imprisonment for three days (credit for time served).

20     **GOOD CAUSE APPEARING, IT IS SO ORDERED THAT:**

21     The Clerk of the Court release the corporate surety bond paid by Alliance Bail Bonds,
22 attorney-in-fact Jack Papazian, power number 2005-DD-01196, which was posted with the United
23 States District Court to satisfy defendant's release conditions on January 13, 2005.

24

25 DATED: 2/9, 2006

26                                           FRANK C. DAMRELL, Jr.,
                                             JUDGE OF THE UNITED STATES
27                                           DISTRICT COURT

28

                                             1

# PROOF OF SERVICE

U.S.A. v. ALAIN DERGREGORIAN
Case No.: CR-S-01-216-FCD

I am employed in the County of Los Angeles, State of California and am over the age of 18 and not a party to the within action. My business address is: 16000 Ventura Blvd., Penthouse Suite 1208, Encino, CA 91436.

On February 8, 2006, I served the foregoing document described as **COURT ORDER FOR EXONERATION OF BOND** on the interested parties in this action.

[X]   I hereby certify that on the 8th day of February, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Daniel S. Linhardt, Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
501 "I" Street, Suite 10-100
Sacramento, CA 95814
FAX: (916) 554-2900

Matthew Faubert, United States Probation Officer
UNITED STATES PROBATION OFFICE
501 "I" Street, Suite 2500
Sacramento, CA 95814-2322
FAX: (916) 930-4380

[ ]   (By Personal Service) I caused such envelope to be hand-delivered to the office(s) of the addressee(s).

[X]   (By CM/ECF system) at Encino, California.

[ ]   (By Facsimile) I caused such document to be sent by facsimile to the office(s) of the addressee(s) at their respective facsimile number(s).

[ ]   (By Federal Express) I caused such document to be placed in the Federal Express depository at Encino, California.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 8, 2006, at Encino, California.

/s/ Marlene Gonzalez
MARLENE GONZALEZ

2