IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-01-216-FCD |
| Plaintiff, | **ORDER FOR RELEASE OF PASSPORT** |
| v. | |
| ALAIN DER GREGORIAN, | |
| Defendant. | |

On April 11, 2005, Mr. Gregorian deposited his passport with the Court as a condition of his release. He was sentenced on January 30, 2006 on a violation of his supervised release, to time served.

On March 25, 2008, if was ordered that he be discharged from supervised release, and that the proceedings in the case be terminated.

The Clerk of the Court is ordered to release Mr. Gregorian passport to him at 3157 Charing Cross Place, Glendale, California 91206.

Dated: June 18, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE